UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Nardacci, Jr.,

       Plaintiff,                    Civil No.07-2474 (RHK/AJB)

vs.                              **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Boehringer Ingelheim Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia Corporation,
Pharmacia & Upjohn Company L.L.C.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 29, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge